UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>THOMAS WALTER POLCYN,<br>Defendant,<br>and<br><br>JP MORGAN CHASE BANK, NA,<br>Garnishee. | §<br>§<br>§<br>§ CRIMINAL NO. 4:00-CR-544-07<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**FINAL ACCOUNTING OF GARNISHMENT
PURSUANT TO 28 U.S.C. § 3205(c)(9)(B)**

COMES NOW the United States of America, judgment creditor and plaintiff herein, by and through the United States Attorney for the Southern District of Texas, and advises the Court that the United States District Clerk's Office has received one garnishment payment from JP Morgan Chase Bank, NA, Garnishee, in the amount of $542.22. As of April 16, 2025, the outstanding balance is $280,486.33. The writ filed against garnishee was quashed on April 16, 2025. (Dkt. 553).

1

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*/s/ Elizabeth Wyman*
Elizabeth Wyman
Assistant United States Attorney
S.D. Tex. No. 2294662
1000 Louisiana, Suite 2300
Houston, TX 77002
Phone: 713-567-9565
Elizabeth.Wyman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, a true and correct copy of the Final Accounting of Garnishment was served via first class mail to the following:

Thomas Walter Polcyn
ADDRESS ON FILE
    Defendant

Mary L. Polcyn
ADDRESS ON FILE
    Defendant's Spouse

JP Morgan Chase Bank, NA,
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203
    Garnishee

Fitzgerald U. Eze
ADDRESS ON FILE
    Attorney for Defendant

*/s/ Elizabeth Wyman*
Elizabeth Wyman
Assistant United States Attorney

2